IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM T. DANIEL, Plaintiff | : |
| v. | : Case No. 3:09-cv-95-KRG-KAP |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., Defendants | : |

## MEMORANDUM ORDER

The plaintiff's motion for reconsideration, docket no. 42, was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3). The Magistrate Judge filed a Report and Recommendation on March 2, 2011, docket no. 43, recommending that the motion be denied. The plaintiff was notified pursuant to 28 U.S.C.§ 636(b)(1), that he had fourteen days to file written objections to the Report and Recommendation. Plaintiff has not filed objections and the time to do so has expired.

Upon review of the record of this matter, the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this 25th day of March, 2011, it is

ORDERED that plaintiff's motion for reconsideration, docket no. 42, is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    William T. Daniel
    c/o Angela Faustin
    2276 50th Street - South West
    Naples, FL 34116